ACCEPTED
04-14-00745-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/7/2015 2:59:25 PM
KEITH HOTTLE
CLERK

# No. 04-14-00745-CV

## In The

# FOURTH COURT OF APPEALS
### San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/7/2015 2:59:25 PM
KEITH E. HOTTLE
Clerk

## KeeAnn DeVora, Craig Owen & Keller Williams Realty,
Appellants

v.

## Tavaris J. Slaughter,
Appellee

## Second Motion for Extension of Time to File Appellants' Brief

This is the second Motion for Extension of Time filed by Appellants KeeAnn DeVora, Craig Owen and Keller Williams Realty.

Appellants' brief is due on January 7, 2014. Appellants seek a second 30-day extension to Friday, February 6, 2015.

Appellants have conferred with counsel for Appellee Tavaris J. Slaughter and he is unopposed to this motion.

The reason for the request for extension is that the parties are still actively engaged in settlement negotiations in the hopes of resolving the case before filing briefs; the negotiations have progressed since the last request for an extension. However, the negotiations and preparation of the brief were delayed somewhat through the holidays due to counsels' and Appellants' family obligations. The negotiations are ongoing, and there is a significant chance the parties will be able to reach a resolution within the next 30 days.

The extension requested herein is sought in the interest of justice and not for purposes of delay, and will not harm or prejudice any party.

## **PRAYER**

Appellant respectfully requests that this Court grant the requested extension of time, and any other proper or necessary relief.

Respectfully submitted,

Stephan B. Rogers
State Bar No. 17186350
Kelly P. Rogers
State Bar No. 00788232
ROGERS & MOORE PLLC
309 Water St., Ste. 114
Boerne, TX 78006
(830) 816-5487
Fax: (866) 786-4777
*steve@rogersmoorelaw.com*
*kelly@rogersmoorelaw.com*

# Certificate of Conference

I certify that all parties have conferred and that this motion is unopposed.

Stephan B. Rogers

# Certificate of Service

I certify that on January 7, 2014, a true and correct copy of this document was served on the following counsel of record in accordance with the Texas Rules of Appellate Procedure:

Wade Shelton
Deborah Jackson
Bret Green
Shelton & Valadez, PC
600 Navarro, Suite 500
San Antonio, TX 78205
(210) 349-0515
Fax: (210) 349-3666

Stephan B. Rogers